UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In re:
**CHARLES A. FIORENZA**
and **GENA R. FIORENZA**,
    Debtors.      No. 08-11670-s7

## ORDER ABANDONING DEBTORS' CLAIMS AGAINST THE PITRE PARTIES FROM THE ESTATE

THIS MATTER having come before the Court upon the Motion of Bob Pitre, Individually, Bob Pitre, as Trustee of the RGP-97 Trust dated October 6, 1997 (a/k/a RGP Trust), Pitre, Inc., Pitre holdings, LLC., a New Mexico limited liability company, Pitre Automotive Management, Inc. and NYG, LLC, a New Mexico limited liability company (the "Pitre Parties") to Compel Abandonment of Debtors' Claims against the Pitre Parties from the Estate, filed herein on February 23, 2009; a Notice of such Motion and the deadline to object thereto having been filed herein and served upon all parties entitled to notice as set forth on the Bankruptcy Court Clerk's Official Mailing Matrix; twenty-three (23) days (including three (3) days for mailing) after the filing of the Motion and Notice having passed on March 18, 2009; no party having filed an objection to the Motion; the Chapter 7 Trustee having consented to the relief requested in the Motion; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all interest in any and all claims of the Debtors against the Pitre Parties are hereby abandoned from the above captioned bankruptcy estate to the Debtors

/s/ James S. Starzynski
_____
HONORABLE JAMES S. STARZYNSKI
United States Bankruptcy Judge

Date Entered on Docket: March 24, 2009

Submitted by:
PUCCINI & MEAGLE, P.A.
By:     /s/ Submitted by email 03/23/2009
        Louis Puccini, Jr.
        PO Box 50700
        Albuquerque, NM  87181-0700
        Telephone:    (505) 255-0202
        Facsimile:    (505) 255-8726
        Email:        pmlaw@puccinilaw.com

COPIES TO:

Michael J. Caplan
Chapter 7 Trustee
michaelcaplanlaw@qwestoffice.net,
tgarciacaplanlaw@qwestoffice.net;
mcaplan@ecf.epiqsystems.com

Dennis M. Feld
Counsel for Debtors
felddm@msn.com,
ginaatfelddm@msn.com

Leonard K. Martinez-Metzgar
Office of the United States Trustee
leonard.martinez-metzgar@usdoj.gov

Robert Avila
Counsel for Pitre Parties
rjavila@qwestoffice.net

Charles A Fiorenza
Gena R Fiorenza
Debtors
4518 Bentgrass Meadows NE
Rio Rancho NM 87114